**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| F & G CONSTRUCTION OF JACKSONVILLE, | § § § § | Case No. 13-01506 PMG |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Doreen Abbott, Bankruptcy Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 369.61 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 9,630.39 | |

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,630.39 | 9,630.39 | 9,630.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 625,057.00 | 77,928.54 | 75,428.54 | 369.61 |
| **TOTAL DISBURSEMENTS** | $ 625,057.00 | $ 87,558.93 | $ 85,058.93 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 03/13/2013 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2016                By:/s/Doreen Abbott, Bankruptcy Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT CONVEYANCE ACTION | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOREEN ABBOTT | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| DOREEN ABBOTT | 2200-000 | NA | 187.76 | 187.76 | 187.76 |
| Bank of Kansas City | 2600-000 | NA | 110.50 | 110.50 | 110.50 |
| AMERICAN LATHING OF NORTH FLORIDA, | 2990-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| JACOB A. BROWN | 3210-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| JACOB A. BROWN | 3220-000 | NA | 60.38 | 60.38 | 60.38 |
| STEVEN M. VANDERWILT | 3410-000 | NA | 2,245.50 | 2,245.50 | 2,245.50 |
| STEVEN M. VANDERWILT | 3420-000 | NA | 26.25 | 26.25 | 26.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,630.39 | $ 9,630.39 | $ 9,630.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AL'S SIDING & TRIP | | 230.00 | NA | NA | 0.00 |
| | ALL PHASES POOL REMODELING | | 2,850.00 | NA | NA | 0.00 |
| | BEYOND DOORS & HARDWARE | | 75,791.00 | NA | NA | 0.00 |
| | BOLD CITY IRRIGATION & LANDSCAPING | | 3,686.00 | NA | NA | 0.00 |
| | BORING & CUTTING, INC. | | 35.00 | NA | NA | 0.00 |
| | BUILDERS FIRST SOURCE OF FLA | | 11,589.00 | NA | NA | 0.00 |
| | CARDINAL CLEANING | | 771.00 | NA | NA | 0.00 |
| | CHRIS ISELEY | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COASTAL ELEVATOR SERVICES | | 17,864.00 | NA | NA | 0.00 |
| | COLONIAL CONSTRUCTION CO. | | 33,600.00 | NA | NA | 0.00 |
| | CUTTING EDGE WELDING & FABRICATION | | 29,049.00 | NA | NA | 0.00 |
| | DUVAL COMMERCIAL DOORS & HARDWARE | | 0.00 | NA | NA | 0.00 |
| | ENV ENTERPRISES | | 0.00 | NA | NA | 0.00 |
| | EROSION WORX | | 665.00 | NA | NA | 0.00 |
| | FFS CONTRACTNG/BH GROUP | | 3,397.00 | NA | NA | 0.00 |
| | FRATTLE STAIRS & RAILS | | 1,131.00 | NA | NA | 0.00 |
| | GRAU MECHANICAL | | 37,542.00 | NA | NA | 0.00 |
| | GREG GOLDSTEN | | 0.00 | NA | NA | 0.00 |
| | HOLMAN, INC. | | 47,540.00 | NA | NA | 0.00 |
| | JIM BLEDSOE | | 0.00 | NA | NA | 0.00 |
| | KNIGHT ELECTRIC | | 53,247.00 | NA | NA | 0.00 |
| | KUDZUE 3 TRUCKING | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LAWRENCE ROLFE | | 0.00 | NA | NA | 0.00 |
| | LON MANUCY CONCRETE | | 45,393.00 | NA | NA | 0.00 |
| | M & J STRIPPING | | 943.00 | NA | NA | 0.00 |
| | MAC'S GLASS & MIRROR | | 27,242.00 | NA | NA | 0.00 |
| | MARK FAULKNER PLUMBING | | 26,383.00 | NA | NA | 0.00 |
| | MATTHEW JACKSON | | 0.00 | NA | NA | 0.00 |
| | MICHAEL MCCABE | | 0.00 | NA | NA | 0.00 |
| | MOORE'S SURVEYING & DESIGN | | 6,341.00 | NA | NA | 0.00 |
| | ONITY, INC. | | 0.00 | NA | NA | 0.00 |
| | PATRIDGE WELL & DRILLING | | 560.00 | NA | NA | 0.00 |
| | PERMA CURBS OF JACKSONVILLE | | 2,473.00 | NA | NA | 0.00 |
| | PERRY ROOFING CONTRCTORS | | 1,298.00 | NA | NA | 0.00 |
| | PETER ROBERSTON | | 0.00 | NA | NA | 0.00 |
| | POOLSIDE, INC. | | 15,746.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PRE-ENGINEERED STEEL | | 786.00 | NA | NA | 0.00 |
| | ROBERTS'S TREE SERVICE | | 320.00 | NA | NA | 0.00 |
| | ROYAL CONSTRUCTION GROUP | | 462.00 | NA | NA | 0.00 |
| | STEPHANIE GRAU | | 0.00 | NA | NA | 0.00 |
| | STONE MAGIC | | 11,477.00 | NA | NA | 0.00 |
| | SUN METAL | | 0.00 | NA | NA | 0.00 |
| | SUN METAL (KRONE) | | 0.00 | NA | NA | 0.00 |
| | TAILORED FOAM OF FLORIDA | | 187.00 | NA | NA | 0.00 |
| | VAILAN PRODUCTS | | 517.00 | NA | NA | 0.00 |
| | WAYNE AUTOMATIC FIRE SPRINKLERS | | 7,869.00 | NA | NA | 0.00 |
| | WHEELER ENTERPRISES | | 94,100.00 | NA | NA | 0.00 |
| | WILLIAM TULLY II PE | | 0.00 | NA | NA | 0.00 |
| 000003 | AMERICAN LATHING OF N. FLA | 7100-000 | 27,000.00 | 31,137.13 | 28,637.13 | 140.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | SUNWORKS SOLAR SYSTEMS | 7100-000 | 2,912.00 | 2,911.50 | 2,911.50 | 14.27 |
| 000001 | ALL STATE HEATING AND AIRCONDITIONI | 7100-001 | 34,061.00 | 43,879.91 | 43,879.91 | 215.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 625,057.00 | $ 77,928.54 | $ 75,428.54 | $ 369.61 |

FORM 1

Page: 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Case No:       13-01506    PMG    Judge: PAUL M. GLENN                                    Trustee Name:                Doreen Abbott, Bankruptcy Trustee
Case Name:     F & G CONSTRUCTION OF JACKSONVILLE,                                        Date Filed (f) or Converted (c):  03/13/13 (f)
                                                                                          341(a) Meeting Date:         04/19/13
For Period Ending: 12/28/16                                                               Claims Bar Date:             11/04/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE<br>ACCOUNTS RECEIVABLE DUE FROM BEACHES HOSPITALITY, LLC WHICH IS IN CH 11 | Unknown | 0.00 | | 0.00 | FA |
| 2. FRAUDULENT CONVEYANCE ACTION (u)<br>OF ASSETS TO NEW ENTITY | 0.00 | 10,000.00 | | 10,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $10,000.00 | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LANCE REQUESTED CONTINUANCE FOR 4/19/13 & 5/7/13 BECAUSE OUT OF TOWN - 5/17/13
ORDER EMPLOYING JAY BROWN SIGNED 4/22/13
POSSIBLE MERE CONTINUATION THEORY AS NEW BUSINESS IS F&G CONSTRUCTION GENERAL CONTRACTORS, INC. CREATED AND MOST ASSETS
EITHER TRANSFERRED OR SOLD TO NEW ENTITY
JOINDER IN RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY JAY BROWN 5/1/13
ACTIVE CREDITOR - AMERICAN LATHING OF NORTH FLORIDA, INC.  THEY WANT TO PURSUE FRAUDULENT CONVEYANCE ACTIONS IN STATE
COURT
ORDER SCHEDULING FINAL EVIDENTIARY HEARING SET FOR 8/19/13
NOTICE OF COMPROMISE WITH DEBTOR AND AMERIAN LATHING OF NORTH FLORIDA INC.; ESTATE TO RECEIVE $10,000 AND AMERICAN
LATHING SHALL RECEIVE $2,500 OF THESE PROCEEDS AND HAVE A GENERAL UNSECURED CLAIM FOR REMAINING BALANCE OWED.
ORDER APPROVING COMPROMISE SIGNED 9/13/13
PAYMENT PER COMPROMISE SENT TO AMERICAN LATHING ON 11/15/13
1/14 - SEND FORMS 1 AND 2 TO CPA FOR ESTATE TAX RETURN

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-01506  PMG  Judge: PAUL M. GLENN | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
| Case Name: | F & G CONSTRUCTION OF JACKSONVILLE, | Date Filed (f) or Converted (c): | 03/13/13 (f) |
| | | 341(a) Meeting Date: | 04/19/13 |
| | | Claims Bar Date: | 11/04/13 |

ORDER EMPLOYING STEVEN VANDERWILT AS ACCOUNT SIGNED 6/24/14

ESTATE TAX RETURNS FILED 10/12/14; AWAITING 505(b) RESPONSE TO PREPARE TFR

Initial Projected Date of Final Report (TFR): 04/01/15    Current Projected Date of Final Report (TFR): 09/29/15

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-01506 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | F & G CONSTRUCTION OF JACKSONVILLE, | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******2239  Checking Account |
| Taxpayer ID No: | *******9424 | | |
| For Period Ending: | 12/28/16 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/13 | | F & G CONSTRUCTION GENERAL CONTRACTORS, INC. | COMPROMISE (DOC. #36) | 1241-000 | 10,000.00 | | 10,000.00 |
| 10/16/13 | 2 | Asset Sales Memo: | FRAUDULENT CONVEYANCE ACTION $10,000.00 | | | | 10,000.00 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 11/15/13 | 500001 | AMERICAN LATHING OF NORTH FLORIDA, INC. C/O UNDINE C. PAWLOWSKI ANSTASIA LAW, P.L. 107 A 11TH STREET ST. AUGUSTINE, FL 32080 | PER NOTICE OF COMPROMISE; DOC #36 | 2990-000 | | 2,500.00 | 7,490.00 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 13.88 | 7,476.12 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.11 | 7,465.01 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,453.92 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,443.92 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,432.86 |
| 04/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.69 | 7,422.17 |
| 05/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,411.14 |
| 06/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.65 | 7,400.49 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 13-01506 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | F & G CONSTRUCTION OF JACKSONVILLE, | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******2239  Checking Account |
| Taxpayer ID No: | *******9424 | | |
| For Period Ending: | 12/28/16 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,389.50 |
| 01/21/16 | 500002 | Doreen Abbott<br>Bankruptcy Trustee<br>P. O. Box 56257<br>Jacksonville, FL  32241-6257<br><br>Fees          1,750.00<br>Expenses       187.76 | Chapter 7 Compensation/Expense<br><br><br><br><br>2100-000<br>2200-000 | | | 1,937.76 | 5,451.74 |
| 01/21/16 | 500003 | Steven M. Vanderwilt<br>9940 Hood Road<br>Jacksonville, Florida  32257<br><br>Fees          2,245.50<br>Expenses        26.25 | Accountant for Trustee Fees (Other<br><br><br><br>3410-000<br>3420-000 | | | 2,271.75 | 3,179.99 |
| 01/21/16 | 500004 | Jacob A. Brown<br>of Akerman LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL  32202-3646<br><br>Fees          2,750.00<br>Expenses        60.38 | Attorney for Trustee Fees (Other Fi<br><br><br><br><br>3210-000<br>3220-000 | | | 2,810.38 | 369.61 |
| * 01/21/16 | 500005 | ALL STATE HEATING AND AIRCONDITIONING<br>6824 PHILLIPS PKWY DRIVE SOUTH<br>JACKSONVILLE, FL 32256 | Claim 000001, Payment 0.49002%<br>(1-1) BREACH OF CONTRACT | 7100-004 | | 215.02 | * 154.59 |
| 01/21/16 | 500006 | SUNWORKS SOLAR SYSTEMS<br>5191 SHAWLAND RD<br>JACKSONVILLE, FL 32254 | Claim 000002, Payment 0.49013% | 7100-000 | | 14.27 | 140.32 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 19.06c

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-01506 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | F & G CONSTRUCTION OF JACKSONVILLE, | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******2239  Checking Account |
| Taxpayer ID No: | *******9424 | | |
| For Period Ending: | 12/28/16 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/21/16 | 500007 | AMERICAN LATHING OF N. FLA<br>326 S FERN ST.<br>SAN MATEO, FL 32187 | Claim 000003, Payment 0.48999% | 7100-000 | | 140.32 | 0.00 |
| * 08/22/16 | 500005 | ALL STATE HEATING AND AIRCONDITIONING<br>6824 PHILLIPS PKWY DRIVE SOUTH<br>JACKSONVILLE, FL 32256 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -215.02 | 215.02 |
| 08/29/16 | 500008 | Clerk of Court<br>United States Bankruptcy Court<br>801 North Florida Avenue, Suite 727<br>Tampa, FL  33602-3899 | Claim 000001, Payment 0.49002%<br>UNCLAIMED FUNDS | 7100-001 | | 215.02 | 0.00 |

| Account *******2239 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 10,000.00 | 9 | Checks | 9,889.50 |
| | 0 | Interest Postings | 0.00 | 10 | Adjustments Out | 110.50 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 10,000.00 | | | |
| | | | | | Total | $ 10,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,000.00 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 13-01506 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | F & G CONSTRUCTION OF JACKSONVILLE, | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******2239  Checking Account |
| Taxpayer ID No: | *******9424 | | |
| For Period Ending: | 12/28/16 | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Ver. 19.06c